#### 4166.   Strange v. The State.

Hill, C. J.   Where there was evidence that several men were seen on their knees around a coat, playing cards, at night, by the light of a lantern, and that there were "several little piles of money on the coat," the jury were authorized to infer that these men were playing and betting with cards for money; and the conviction of one of the players, of the offense of gaming, was not wholly unauthorized.

*Judgment affirmed.*

Decided June 5, 1912.

Accusation of gaming; from city court of Elberton—Judge Grogan.   March 23, 1912.

*T. Donnelly Bennett,* for plaintiff in error.
*Boozer Payne, solicitor,* contra.